Donald T. Carmouche
Talbot, Carmouche, et al
17405 Perkins Road
Baton Rouge LA 70810

Victor L. Marcello
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Michael Keith Prudhomme
Mudd & Bruchhaus, LLC
410 E. College Street
Lake Charles LA 70605

Diane Adele Owen
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

John Hogarth Carmouche
Talbot, Carmouche, et al
17405 Perkins Road
Baton Rouge LA 70810

David Paul Bruchhaus
Mudd & Bruchhaus
410 E. College Street
Lake Charles LA 70605

Chad Ellis Mudd
Mudd & Bruchhaus, LLC
410 E. College Street
Lake Charles LA 70605

William R. Coenen, III
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Brian T. Carmouche
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Ross J. Donnes
Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Todd J. Wimberley
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

**REHEARING ACTION: May 21, 2014**

**Docket Number: 13   01370-CA**

**HAZEL RICHARD SAVOIE, ET AL.**
**VERSUS**
**ALICE T. RICHARD, ET AL.**

**Appealed from Cameron Parish Case No. 10-18078**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Billy Howard Ezell**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hazel Richard Savoie, Kevin Troy Savoie, and Richard**

**Michael Savoie** has this day been

> **DENIED.**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**


cc: Patrick Wise Gray, Counsel for  the Respondent
    Joe Barrelle Norman, Counsel for  the Respondent
    William T. McCall, Counsel for  the Respondent
    Thomas Martin McNamara, Counsel for  the Respondent
    Amy Allums Lee, Counsel for  the Respondent
    Kelly B. Becker, Counsel for  the Respondent
    Michael J. Mazzone, Counsel for  the Respondent
    Elizabeth E. Klingensmith, Counsel for  the Respondent
    Thomas E. Balhoff, Counsel for  the Respondent
    Judith R.E. Atkinson, Counsel for  the Respondent
    Carlton Jones, III, Counsel for the Appellee
    Martin A. Stern, Amicus Counsel
    Richard G. Duplantier, Jr., Counsel for the Appellee
    Cheri Chestnut, Counsel for the Appellee
    Francis X. Neuner, Jr., Amicus Counsel
    Cliff A. Lacour, Amicus Counsel